■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGULUS CARTER, Appellant.—Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered on April 14, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Ross, Asch and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE ROMANO, Appellant.—Judgment, Supreme Court, New York County (Irving Lang, J.), rendered on December 1, 1986, unanimously affirmed. Motion to enlarge the record on appeal to include certain materials granted. No opinion. Concur—Kupferman, J. P., Carro, Rosenberger, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND CHARNICK, Appellant.—Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered on May 28, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Milonas, Wallach and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS RIOS, Also Known as LOUIS RIOS, Appellant.—Judgment, Supreme Court, Bronx County (Joseph Cerbone, J.), rendered on May 31, 1988, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Milonas, Wallach and Smith, JJ.